AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| MAURICE D. BRADLEY, individually and on behalf of others similarly situated, <br> *Plaintiff(s)* <br> v. <br> MIDWEST MANUFACTURING, INC. <br> *Defendant(s)* | Civil Action No. 2:17-cv-00165-JMS-MPB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Midwest Manufacturing, Inc.
c/o Highest Ranking Executive Officer
5311 Kane Rd.
Eau Claire, WI 54703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert P. Kondras, jr.
HUNT, HASSLER, KONDRAS & MILLER LLP
100 Cherry St.
Terre Haute, IN 47807

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*, Laura A. Briggs

Date: 4/14/2017

BY: *Dean Way Hernandez*
*Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-cv-165

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Midwest Manufacturing, Inc.
was received by me on *(date)* 04/17/2017.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* the Highest Ranking Official, who is designated by law to accept service of process on behalf of *(name of organization)* Midwest Manufacturing, Inc. on *(date)* 04/28/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 05/01/2017

*Server's signature*: Robert P. Kondras, Jr. (signed)

Printed name and title: Robert P. Kondras, Jr.

Server's address:
HUNT, HASSLER, KONDRAS & MILLER LLP
100 Cherry St.
Terre Haute, IN 47807

Additional information regarding attempted service, etc:



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $ 7.50

Postmark Here

Sent To  Midwest Manufacturing, Inc.
Street & or PO B  c/o Highest Ranking Executive Officer
5311 Kane Rd.
City, Sta  Eau Claire, WI 54703

PS Form

7014 2870 0000 0791 0766

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Midwest Manufacturing, Inc.
c/o Highest Ranking Executive Officer
5311 Kane Rd.
Eau Claire, WI 54703

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ron Murphy_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Ron Strasburg
C. Date of Delivery: 4/29/17

D. Is delivery address different from item 1? ☐ Yes  ☒ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7014 2870 0001 0791 0766

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540