## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | | |
|---|---|---|
| Maurice D. Bradley, on behalf of himself and all others similarly situated, | : | Case No. 2:17-cv-00165-JMS-MPB |
| | : | |
| | : | Judge Jane Magnus-Stinson |
| Plaintiff, | : | |
| | : | |
| | : | Magistrate Judge Matthew P. Bookman |
| v. | : | |
| | : | |
| Menard, Inc., dba Midwest Manufacturing | : | |
| | : | |
| | : | |
| Defendant. | : | |

### MOTION TO APPEAR *PRO HAC VICE*
### FILED ON BEHALF OF ATTORNEY PAUL L. BITTNER

Michael A. Wukmer of the law firm Ice Miller LLP, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Paul L. Bittner of Ice Miller LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Menard, Inc. in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of Paul L. Bittner, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Paul L. Bittner leave to appear *pro hac vice* for purposes of this cause only.

Dated: August 21, 2017          Respectfully submitted,

                                                                 /s Michael A. Wukmer
                                                                 Michael A. Wukmer
                                                                 ICE MILLER LLP
                                                                 One America Square, 29th Floor
                                                                 Indianapolis, IN 46282-0200
                                                                 Telephone: 317-236-2439
                                                                 Facsimile: 317-592-4799
                                                                 Email: Michael.Wukmer@icemiller.com

CO\5631615.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2017, a copy of the foregoing MOTION TO APPEAR *PRO HAC VICE* ON BEHALF OF ATTORNEY PAUL L. BITTNER was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*s/ Michael A. Wukmer*
Michael A. Wukmer
ICE MILLER LLP
One America Square, 29th Floor
Indianapolis, IN 46282-0200
Telephone: 317-236-2439
Facsimile: 317-592-4799
Email: Michael.Wukmer@icemiller.com

CO\5631615.1