UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MAURICE BRADLEY, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>MENARD, INC.,<br><br>        Defendant. | CASE NO. 2:17-cv-00165-JMS-MJD |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AND SUPPORTING MATERIALS**

Comes now Plaintiff Maurice D. Bradley ("Bradley"), individually and on behalf of others similarly situated, by counsel, and moves the Court for an extension of time from the current July 30, 2018 deadline to file the parties' Motion for Preliminary Approval of a Class Action and FLSA Collective Action settlement. The Court, having reviewed said motion and being duly advised in the premises, now GRANTS Plaintiff's Unopposed Motion for an Extension of Time to File the Parties' Motion for Preliminary Approval of the Class Action and FLSA Collective Action Settlement [106].

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the parties' shall have to and including August 9, 2018 to file their Motion for Preliminary Approval of the Class Action and FLSA Collective Action Settlement.

Date: 7/31/2018

                                                        Hon. Jane Magnus-Stinson, Chief Judge
                                                        United States District Court
                                                        Southern District of Indiana

Copies to counsel of record electronically registered.