# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| MAURICE D. BRADLEY, an individual, on behalf of himself and others similarly situated,<br>    Plaintiff,<br><br>    vs.<br><br>MENARD, INC.<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO.  2:17-CV-00165-JMS-MPB<br>)<br>)<br>) |

## ORDER

This matter comes before the Court on the parties' Joint Motion for an Extension of Time to File Motion for Preliminary Approval of Class and Collective Action Settlement and Supporting Materials.  [Dkt. 109.]  The Court, being duly advised, hereby **GRANTS** the motion.

The parties' shall file their Motion for Preliminary Approval of the Class Action and FLSA Collective Action Settlement on or before **August 20, 2018**.

SO ORDERED.

Dated:  14 AUG 2018

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.