UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MAURICE D. BRADLEY, KENNETH R. EDWARDS, AMBER NEUMANN, MARK KAUFMAN, JOHN OSICK, JODI WITTROCK, CURTIS SIMILTON, RYAN HAGARTY, THOMAS HARNIK, WILLIAM FISHER, RICHARD STENQUIST and ANDREW R. SMITH, individually and on behalf of others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>MENARD, INC.,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **CLASS ACTION COMPLAINT**<br>)<br>) **COLLECTIVE ACTION PURSUANT TO**<br>) **29 USC § 216(b)**<br>)<br>) CASE NO. 2:17-cv-00165-JMS-MJD<br>)<br>)<br>)<br>)<br>) |

***JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION AND FLSA COLLECTIVE ACTION SETTLEMENT AGREEMENT***

Plaintiffs Maurice D. Bradley ("Bradley"), Kenneth R. Edwards ("Edwards"), Amber Neumann ("Neumann"), Mark Kaufman ("Kaufman"), John Osick ("Osick"), Jodi Wittrock ("Wittrock"), Curtis Similton ("Similton"), Ryan Hagarty ("Hagarty"), Thomas Harnik ("Harnik"), William Fisher ("Fisher"), Richard Stenquist ("Stenquist") and Andrew R. Smith ("Smith") (collectively, "Plaintiffs") assert claims which relate to the payment of wages to employees of Defendant Menard, Inc. ("Defendant," the "Company," or "Menard, Inc.") from as early as January 31, 2013 (or as late as January 31, 2016, depending upon the applicable state law) to April 22, 2018 (the last date prior to Menard, Inc.'s change in its policy). Specifically, the class includes non-exempt, hourly-paid persons employed by Defendant from as early as January 31, 2013 (or as late as January 31, 2016, depending upon the applicable state law) to

April 22, 2018 who may have been subject to a practice of treating certain recorded breaks of twenty minutes or less as unpaid time, which resulted in the underpayment of wages. This Joint Motion seeks final certification of the settlement class pursuant to Fed. R. Civ. P. 23 (for settlement purposes only); preliminary approval of the Class Action Settlement Agreement and Release (the "Class Action Settlement Agreement"); and approval of the proposed Notice of Class Action Settlement and Hearing and proposed Notice of FLSA Collective Action Settlement (the "Proposed Notice").

Consistent with this request, the Parties also jointly move the Court to enter an Order in the form of the attached Class Action Settlement Agreement as Exhibit 4. The grounds for this motion are more fully discussed in the accompanying Memorandum in Support.

Dated: August 17, 2018

Respectfully submitted,

HUNT, HASSLER, KONDRAS & MILLER LLP

By/s/Robert P. Kondras, Jr.
Robert P. Kondras, Jr., Attorney No. 18038-84
Robert F. Hunt, Attorney No. 7889-84
100 Cherry Street
Terre Haute, IN 47807
(812) 232-9691
Facsimile: (812) 234-2881
kondras@huntlawfirm.net
hunt@huntlawfirm.net

BARON & BUDD, P.C.

By /s/Allen R. Vaught
Allen R. Vaught
TX Bar No. 24004966

3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
avaught@baronbudd.com

THE LAW OFFICE OF ROBERT J. HUNT, LLC


By/s/Robert J. Hunt
Robert J. Hunt
Attorney No. 30686-49
3091 E. 98th St. Ste. 280
Indianapolis, IN 46280
(317) 706-1100
Facsimile: (317) 623-8503
rob@indianawagelaw.com


NILGES DRAHER LLC


By/s/Hans A. Nilges
Hans A. Nilges (0076017)
7266 Portage St., N.W.
Suite D
Massillon, Ohio 44646
Telephone:    330-470-4428
Fax:          330-754-1430
Email:        hans@ohlaborlaw.com


**ATTORNEYS FOR PLAINTIFFS**


By/s/Paul L. Bittner
Paul L. Bittner        (Ohio Bar No. 0061674)
James E. Davidson   (Ohio Bar No. 0024534)
250 West Street
Columbus, OH 43215
Telephone:    614-462-2700
Fax:          614-462-5135
Email:        paul.bittner@icemiller.com

james.davidson@icemiller.com

Michael A. Wukmer   (2223-49)
One America Square, Suite 2900
Indianapolis, IN 46282
Telephone:   317-236-2100
Fax:         317-236-2219
Email:       michael.wukmer@icemiller.com

**ATTORNEYS FOR DEFENDANT**