UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MAURICE D BRADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:17-cv-00165-JMS-MJD |
| | ) | |
| MENARD, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On September 28, 2018, the Court entered its Order Preliminarily Approving Class Action Settlement, Settlement Notices and Setting Schedule. [Filing No. 115.] The parties' Stipulation of Class/Collective Action Settlement provides: "Plaintiff shall file a Second Amended Complaint (Exhibit 1 hereto) promptly following Preliminary Approval naming and identifying the class representatives for the Iowa, Ohio, Illinois, Michigan, Minnesota, Missouri, North Dakota, South Dakota, Wisconsin, and Nebraska Settlement Classes and adding representatives as plaintiffs." [Filing No. 111-3 at 24-25.] Plaintiffs have not filed a Second Amended Complaint as provided in the stipulation. The Court **ORDERS** Plaintiffs to do so on or before **February 19, 2019**.

The Court's Order Preliminarily Approving Class Action Settlement required Class Counsel to file a Motion for Approval of the Attorneys' Fees, Costs and Expenses on or before January 18, 2019. [Filing No. 115 at 6.] The Court has since granted the parties' Joint Motion to Continue the final fairness hearing to March 5, 2019. [Filing No. 117.] Therefore, the Court **ORDERS** Class Counsel to file its fee petition on or before **February 19, 2019**, with any supplemental petition due on or before **February 26, 2019**.

Also by **February 19, 2019,** Plaintiffs shall file the motion for final approval, [*see* Filing No. 111-4 at 25 ("Plaintiffs shall file a comprehensive Motion for Final Approval of Settlement .

. . .")].  Within that motion, Plaintiffs shall specify all class members for whom they will seek service payments, the basis for the payments, as well as the amounts of each requested payment. The motion for final approval shall additionally identify the final opt-in deadlines applicable to members of the collective action and the opt-out and objection deadlines applicable to members of the class action and the results as to distribution of the settlement fund.  [*See* Filing No. 115 at 5 (setting forth applicable timeframes for opting in and opting out of collective and class actions, respectively).]

Date: 2/13/2019

*[signature]*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**