UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MAURICE D. BRADLEY, KENNETH R. EDWARDS, AMBER NEUMANN, MARK KAUFMAN, JOHN OSICK, JODI WITTROCK, CURTIS SIMILTON, RYAN HAGARTY, THOMAS HARNIK, WILLIAM FISHER, RICHARD STENQUIST and ANDREW R. SMITH, individually and on behalf of others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>MENARD, INC.,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **CLASS ACTION COMPLAINT**<br>)<br>) **COLLECTIVE ACTION PURSUANT TO**<br>) **29 USC § 216(b)**<br>)<br>) CASE NO. 2:17-cv-00165-JMS-MJD<br>)<br>)<br>)<br>)<br>) |

*PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS COUNSELS' ATTORNEYS' FEES, COSTS AND EXPENSES*

Comes now the Plaintiff Class, by its class representatives and by its Class Counsel, and, pursuant to FRCP 23(h), 29 USC § 216(b), I.C. 22-2-5-2 and the terms of the parties' Stipulation of Class/Collective Action Settlement [Filing No. 111-4.], respectfully moves the Court for an Order granting final approval of the agreed-upon attorneys' fees, costs and expenses in this cause, and in support of this petition, would show the Court as follows:

1. On September 28, 2018, the Court preliminarily approved the parties' Class Action and FLSA Collective Action Settlement Agreement. [Filing No. 115.] Included in the parties' settlement agreement is a clause agreeing that the attorney's fees and expenses awarded to Plaintiffs' counsel shall be an amount equal to one-third of the net settlement amount - Five Hundred Thousand Dollars ($500,000.00) [See Section 12]. [Filing No. 111-4 at 45.]

Additionally, The Court awarded the Plaintiffs' costs and a recovery of class expenses in the sum of Fifty-Nine Thousand Two Hundred Eleven Dollars and Twenty Cents ($59,211.20) [See Section 12]. [Filing No. 111-4 at 45.].

2.      A final fairness hearing is scheduled for March 5, 2019 in Indianapolis, Indiana.

3.      In support of their Motion for Final Approval of Class Counsel's Fees, Plaintiffs rely upon the contemporaneously-filed Memorandum of Law in Support of Motion for Final Approval of Class Counsel's Attorney's Fees, the Affidavit of Robert P. Kondras, Jr. (submitted together with a copy of his itemized bill reflecting legal fees and expenses incurred during his representation of Plaintiffs in this matter), the Affidavit of Allen R. Vaught, the Affidavit of Hans A. Nilges and the Affidavit of Robert J. Hunt.

WHEREFORE, the Plaintiff Class respectfully requests that the Court approve its motion for final approval of Class Counsel's attorney's fees in the sum of Five Hundred Thousand Dollars ($500,000.00), Plaintiffs' costs and expenses in the sum of Fifty-Nine Thousand Two Hundred Eleven Dollars and Twenty Cents ($59,211.20), and for all other just and proper relief in the premises.

Respectfully submitted,

HUNT, HASSLER, KONDRAS & MILLER LLP

By/s/Robert P. Kondras, Jr.
Robert P. Kondras, Jr.
Attorney No. 18038-84
100 Cherry Street
Terre Haute, IN 47807
(812) 232-9691
kondras@huntlawfirm.net

**CERTIFICATE OF SERVICE**

      I certify that on February 19, 2019 a copy of the foregoing pleading was served electronically upon the following:

Paul L. Bittner
James E. Davidson
250 West Street
Columbus, OH 43215
Email:  paul.bittner@icemiller.com
        james.davidson@icemiller.com

Michael A. Wukmer
One America Square, Suite 2900
Indianapolis, IN 46282
Email: michaeil.wukmer@icemiller.com

                                /s/Robert P. Kondras, Jr.
                                 Robert P. Kondras, Jr.